Case No. 1:25-cv-01571-KAS   Document 7   filed 05/30/25   USDC Colorado   pg 1
Case No. 1:25-cv-01571-KAS   Document 4-1   filed 05/19/25   USDC Colorado   pg 2
of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1571

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Englewood, Colorado, a Colorado municipal Corporation was received by me on *(date)* 5/17/2025 . Jackie McKinnon - Senior Deputy City Clerk

☑ I personally served the summons on the individual at *(place)* Englewood Civic Center 1000 Englewood Pkwy, Englewood CO 80110 on *(date)* 5/19/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ —  for travel and $ — for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: 5/19/2025

_____
Server's signature

Brenton Benson
Printed name and title

621 Main Ave, Akron CO 80720
Server's address

Additional information regarding attempted service, etc: