Case No. 1:25-cv-01571-KAS    Document 11    filed 05/30/25    USDC Colorado    pg 1
Case No. 1:25-cv-01571-KAS    Document 4-6    filed 05/19/25    USDC Colorado    pg 2
of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1571

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Othaniel Sierra

was received by me on *(date)*    5/19/2025    .

☑ I personally served the summons on the individual at *(place)*    Englewood Civic Center
1000 Englewood Pkwy, Englewood CO 80110   on *(date)*   5/19/2025    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____    ; or

☐ Other *(specify):*


My fees are $    —    for travel and $    ~    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  5/19/2025

_____
Server's signature

Brenton    Benson
Printed name and title

621 Main Ave, Akron CO 80720
Server's address

Additional information regarding attempted service, etc: