**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    **Tiffany E. Toomey**, of the law firm **SGR, LLC**, hereby enters her appearance on behalf of Defendants **Englewood, Colorado,** a Colorado municipal corporation; **Aaron Glee,** in his individual and official capacity; **Jean Mulder,** in her individual and official capacity; **Joe Anderson,** in his individual and official capacity; **Othoniel Sierra,** in his individual and official capacity; **Sergio Renteria,** in his individual and official capacity; **Shawn Lewis,** in his individual and official capacity; **Tamara Niles,** in her individual and official capacity; **Corinne Barnett,** in her individual and official capacity;  and **Bethany Lafferty** in her individual and official capacity.

Respectfully submitted,

s/ Tiffany E. Toomey
***Tiffany E. Toomey***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ttoomey@sgrllc.com

*Counsel for Defendants Englewood, Colorado, Aaron Glee, Jean Mulder, Joe Anderson, Othoniel Sierra, Sergio Renteria, Shawn Lewis, Tamara Niles, Corinne Barnett, and Bethany Lafferty*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of June, 2025, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Attorneys for Plaintiff Regan Benson*

/s/ Mariel Juniper
Legal Secretary

2