**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

**UNOPPOSED MOTION TO FILE UNIFORM RESPONSE
AND TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**

---

Defendants, by and through their attorneys, **SGR, LLC**, and in compliance with Fed. R. Civ. P. 6 and D.COLO.LCivR 6.1(b), hereby move this Court to extend the deadline for their responsive pleadings in the amount of twenty-one (21) days as follows:

**CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(a)**

1.    Undersigned counsel conferred with counsel for Plaintiff who does not oppose the relief requested herein.

2. Defendants City of Englewood, Joe Anderson, Othoniel Sierra, Shawn Lewis, and Tamara Niles, were served on May 19, 2025. [ECF Nos. 7, 10, 11, 13, and 14]. Defendants Aaron Glee and Jean Mulder were served on May 21, 2025. [ECF Nos. 8 and 9]. Defendants Corinne Barnett and Bethany Lafferty were served on May 27, 2025. [ECF Nos. 15 and 16]. Defendant Sergio Renteria was served on May 29, 2025. [ECF No. 12].

3. The earliest responsive pleading deadline is June 9, 2025. The latest responsive pleading is June 20, 2025.

4. Undersigned counsel was recently retained on May 29, 2025, to represent these Defendants and have been working on contacting each Defendant and confirming service. Counsel needs time to review this matter, communicate further with their clients, investigate the facts of the case, and prepare responsive pleadings.

5. Defendants request an additional twenty-one (21) days, up to and including July 11, 2025, to file their responsive pleadings. This extension is calculated from the last responsive pleading deadline of June 20, 2025.

6. Defendants have not previously sought or received any extensions to file responsive pleadings.

7. In the interest of saving time and resources, Defendants additionally request they be permitted to file a uniform responsive pleading rather than ten individual responsive pleadings. A uniform responsive pleading deadline will preserve judicial resources and attorney fees by avoiding multiple briefs on similar issues.

8.      These requests will not affect any of the parties as there are currently no deadlines of which undersigned counsel is aware. A responsive pleading will still be filed before the currently-scheduled Scheduling Conference on August 19, 2025. [ECF No. 6].

9.      Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certify that a copy of this Motion was served on their clients.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court grant their foregoing Unopposed Motion to File Uniform Response and to Extend Deadline for Responsive Pleading in the amount of twenty-one (21) days, up to and including July 11, 2025.

Respectfully submitted,

s/ Courtney B. Kramer
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ckramer@sgrllc.com

s/ Tiffany E. Toomey
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants Englewood, Colorado, Aaron Glee, Jean Mulder, Joe Anderson, Othoniel Sierra, Sergio Renteria, Shawn Lewis, Tamara Niles, Corinne Barnett, and Bethany Lafferty*

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this 5th day of June, 2025, I electronically filed a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO FILE UNIFORM RESPONSE AND TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Attorneys for Plaintiff Regan Benson*

                                                                     */s/ Mariel Juniper*
                                                                     Legal Secretary