IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-1571-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

**DEFENDANTS' SECOND UNOPPOSED MOTION TO
EXTEND DEADLINE FOR RESPONSIVE PLEADING**

---

Defendants, by and through their attorneys, **SGR, LLC**, and in compliance with Fed. R. Civ. P. 6 and D.COLO.LCivR 6.1(b), hereby move this Court to extend the deadline for their responsive pleadings in the amount of fourteen (14) days as follows:

**CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(a)**

    1.    Undersigned counsel conferred with counsel for Plaintiff who does not oppose the relief requested herein.

2. Defendants' uniform responsive pleading is currently due July 11, 2025. [ECF No. 20].

3. On June 22, 2025, undersigned counsel was admitted to the emergency room after a biking accident and diagnosed with a concussion.

4. Following her concussion, undersigned counsel took time off work and is currently limited in her ability to look at a computer screen for extended periods of time due to ongoing symptoms and medical advisements.

5. As a result, undersigned counsel is backlogged with multiple back-to-back deadlines.

6. Defendants request a fourteen (14) day-extension, up to and including July 25, 2025, to file their responsive pleading.

7. This extension would allow undersigned counsel the necessary time to complete and finalize the responsive pleading, which has been delayed due to the circumstances outlined above.

8. Defendants have previously sought and received one extension to file their responsive pleading. [ECF Nos. 19 and 20].

9. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certify that a copy of this Motion was served on their clients.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court grant their foregoing Unopposed Second Motion to File Uniform Response and to Extend Deadline for Responsive Pleading in the amount of fourteen (14) days, up to and including July 25, 2025.

Respectfully submitted,

s/ Courtney B. Kramer
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ckramer@sgrllc.com

s/ Tiffany E. Toomey
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants Englewood, Colorado, Aaron Glee, Jean Mulder, Joe Anderson, Othoniel Sierra, Sergio Renteria, Shawn Lewis, Tamara Niles, Corinne Barnett, and Bethany Lafferty*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of July, 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Attorneys for Plaintiff Regan Benson*

/s/ Mariel Juniper
Legal Secretary