# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01571

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO
## UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

___X___ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| *s/ Carey Bell* | Plaintiff, Regan Benson | 08/05/2025 |
| Print name: Carey Bell | | |
| *s/ Tiffany Toomey* | Defendants, Englewood et al. | 08/05/2025 |
| Print name: Tiffany Toomey | | |

Respectfully submitted this 5th day of August, 2025.

*s/ Carey Bell*
Jamie Hubbard
Carey Bell
Stimson LaBranche Hubbard, LLC
1652 Downing Street
720-689-8909
*Attorneys for Plaintiff*

*s/ Tiffany Toomey*
Tiffany Toomey
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
*Attorney for Defendants*

**Certificate of Service**

      I certify that on August 5, 2025, I electronically filed the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                *s/ Nancy Hickam*
                                                Nancy Hickam, Paralegal