IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO,
TAMARA NILES,
OTHONIEL SIERRA,
JOE ANDERSON,
SERGIO RENTERIA,
BETHANY LAFFERTY,
CORINNE BARNETT,
JEAN MULDER,
AARON GLEE, and
SHAWN LEWIS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction** [#26] (the "Consent/Non-Consent Form"). This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). The signed Consent/Non-Consent Form [#26] indicates that at least one party has declined to consent. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: August 5, 2025