IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO,
TAMARA NILES,
OTHONIEL SIERRA,
JOE ANDERSON,
SERGIO RENTERIA,
BETHANY LAFFERTY,
CORINNE BARNETT,
JEAN MULDER,
AARON GLEE, and
SHAWN LEWIS,

    Defendants/Counter Claimants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff/Counter Defendant's **Unopposed Motion to Extend Deadline for Responsive Pleading** [#32] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Plaintiff/Counter Defendant's deadline to answer or otherwise respond to Defendants' counterclaims is extended to **August 29, 2025**.

    Dated: August 15, 2025