**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counter Claimants.

---

### NOTICE OF FILING OF FIRST AMENDED COMPLAINT

---

    Plaintiff/Counter Defendant Regan Benson ("Ms. Benson") hereby notifies the Court of the filing of an Amended Complaint.

    In compliance with D.C.Colo.LCivR 15.1(a), a redlined version of the First Amended Complaint is attached hereto.

    Dated: August 15, 2025.

                                Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
Carey Bell
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com
bell@slhlegal.com

*Attorneys for Plaintiff Regan Benson*

### Certificate of Service

I certify that on August 15, 2025, I electronically filed the foregoing *Notice of Filing of First Amended Complaint* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam, Paralegal