# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1-25-CV-1571-RMR-KAS

REGAN BENSON,

      Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

      Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT

---

Defendants, through counsel, **SGR, LLC**, hereby move this Court to extend the page limit for their Motion to Dismiss First Amended Complaint by one (1) page as follows:

## I.    <u>CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(a)</u>

1.    Undersigned counsel conferred with counsel for Plaintiff, who indicated her client does not oppose the relief requested herein.

## II.     DISCUSSION

2.      On July 25, 2025, Defendants filed their Motion to Dismiss, which reached the 15-page limit outlined in Judge Rodriguez's Practice Standards. [Motion to Dismiss, ECF No. 25].

3.      On August 15, 2025, Plaintiff filed her First Amended Complaint, ECF No. 36, which added claims against the Officer-Defendants and added Carrie Watson as a Defendant.

4.      Defendants' responsive pleading is due August 29, 2025.

5.      Defendants intend to again file a motion to dismiss the entirety of Plaintiff's claims and request one additional page to address the new claims and addition of Ms. Watson as a Defendant.

6.      Defendants respectfully request to exceed the page limit by one (1) page, permitting a total of sixteen (16) pages for their Motion to Dismiss First Amended Complaint.

7.      Defendants have not previously sought or received additional pages for any filing.

8.      Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their clients.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court grant their foregoing Unopposed Motion to Extend the Page Limit for Motion to Dismiss First Amended Complaint in the amount of one (1) additional page.

Respectfully submitted,


s/ Courtney B. Kramer
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: ckramer@sgrllc.com


s/ Tiffany E. Toomey
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of August 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Attorneys for Plaintiff Regan Benson*


*/s/ Deborah Edwards*
Legal Secretary