IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO,
TAMARA NILES,
OTHONIEL SIERRA,
JOE ANDERSON,
SERGIO RENTERIA,
BETHANY LAFFERTY,
CORINNE BARNETT,
JEAN MULDER,
AARON GLEE, and
SHAWN LEWIS,

    Defendants/Counter Claimants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Unopposed Motion to Extend the Page Limit for Motion to Dismiss First Amended Complaint** [#43] (the "Motion"). Defendants request permission to exceed the page limit by one page.

    IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. Defendants may file a Motion to Dismiss that does not exceed sixteen (16) pages in length, excluding the certificate of service.

    Dated: August 26, 2025