**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counter Claimants.

---

**JOINT MOTION FOR PROTECTIVE ORDER**

---

The parties, through their respective counsel, respectfully request that the Court enter a Protective Order over discovery in this matter. The proposed Protective Order is attached as Exhibit A.

The parties have reviewed the Uniform Civil Practice Standards of the United States Magistrate Judges and have tailored the attached proposed Protective Order accordingly. The Protective Order has been agreed to and fully executed by the parties and incorporated by reference as if fully set forth herein.

This case involves criminal proceedings for which the records have been sealed. Discovery is expected to involve records subject to sealing orders in Arapahoe County case numbers 24M1047 and 24M4496, personnel information, medical or mental health information, and personal and confidential information of the parties. Accordingly, a protective covering this information is necessary. Allowing the parties to designate in good faith documents that fall into the categories identified above, subject to objection from the other party, will "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention." *Gillard v. Boulder Valley Sch. Dist. RE-2*, 196 F.R.D. 382, 386 (D. Colo. 2000).

The Protective Order does not offend the public interest in open courts. There is no presumed right of the public to participate in the discovery process or to have access to the fruits of discovery that are not submitted to the Court. In agreeing to the Protective Order and in submitting this joint motion, the parties reserve their right to contest either's assertion of confidentiality in information relevant to the claims and defenses in this case outside discovery process. Entry of the Protective Order would substantially assist the parties to proceed in the discovery process and help them avoid delay.

WHEREFORE, the parties respectfully request that the Court enter the Protective Order, attached hereto as "Exhibit A," and for all such further relief as the Court deems just and proper.

Dated: August 26, 2025.

Respectfully submitted,

*s/ Carey Bell*
Jamie Hubbard
Carey Bell
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax: (720) 689-8909
Email: hubbard@slhlegal.com;
bell@slhlegal.com

*Attorneys for Plaintiff Regan Benson*


*s/ Tiffany Toomey*
Tiffany E. Toomey
Courtney B. Kramer
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210

*Counsel for Defendants Englewood, Colorado, Aaron Glee, Jean Mulder, Joe Anderson, Othoniel Sierra, Sergio Renteria, Shawn Lewis, Tamara Niles, Corinne Barnett, Carrie Watson, and Bethany Lafferty*


### Certificate of Service

I certify that on August 26, 2025, I electronically filed the foregoing *Joint Motion for Protective Order* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam, Paralegal