IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-RMR-KAS

REGAN BENSON,

      Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO,
TAMARA NILES,
OTHONIEL SIERRA,
JOE ANDERSON,
SERGIO RENTERIA,
BETHANY LAFFERTY,
CORINNE BARNETT,
JEAN MULDER,
AARON GLEE, and
SHAWN LEWIS,

      Defendants/Counter Claimants

and

CARRIE WATSON,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Joint Motion for Protective Order** [#46] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. The Protective Order [#46-1] supplied by the parties is **accepted** and entered as an Order of the Court as of the date of this Minute Order.

      Dated: August 26, 2025