# Fwd: VI-SPDAT Access

| | |
|---|---|
| From: | Regan M. Benson (quadb2@aol.com) |
| To: | slewis@englewoodco.gov |
| Date: | Thursday, June 22, 2023 at 11:20 AM MDT |

Hi Shawn-

Just so you can see what you were not looped into. I offered THEM a phone number to attempt to contact Shelley- apparently they're not interested in even that and IF I happen to get back in contact, I should reach back out. It's as if they're just not getting paid to do a job. Poor things. Round and round and round and round and round....

You have NOTHING in place for case management or viable resources for people that are already too challenged to navigate. What you do have is consistent criminalization and persecution. Yet, we wonder why there's so many people out here lost in a perpetual cycle. All these worthless homeless people wont utilize resources the government has in abundance for them. The real criminals here: those collecting a taxpayer supported paycheck to maintain human suffering.

Regards
Regan M. Benson

"The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

CONFIDENTIALITY NOTICE: This email message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or otherwise confidential. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that dissemination, disclosure, forwarding, or other use of this message is strictly prohibited. If you received this email message in error, please notify the sender immediately by phone (970-571-4835) or by email (quadb2@aol.com ), and delete this message from any computer system or media where the message is stored. Thank you.

-----Original Message-----
From: Regan Benson <quadb2@aol.com>
To: Michael Sandgren <MSandgren@arapahoegov.com>
Cc: Jamie Grove <jgrove@movement5280.org>; Jamie Cope <jcope@movement5280.org>; Jen Engquist <jengquist@saferco.org>
Sent: Tue, Jun 20, 2023 10:09 am
Subject: Re: VI-SPDAT Access

Indeed, we are always willing to support with transportation.

However, we currently do not know where they are at. They've most likely gone back into Denver under the constant threat of having their home towed away and being harassed in Centennial Park by park rangers. It's a back and forth process of them just trying to maintain basic daily living.

They need emergency stable shelter to be able to keep a connection with. I have a phone number for them and consent to share it.

They need an ongoing caseworker, doing case management housing navigation. My non profit cannot provide that.

Exhibit 1
Benson Declaration
BENSON_001510

Case No. 1:25-cv-01571-RMR-KAS   Document 52-2   filed 08/29/25   USDC Colorado
pg 2 of 15

Regan M Benson
Sent from my iPhone

> On Jun 20, 2023, at 8:05 AM, Michael Sandgren <MSandgren@arapahoegov.com> wrote:

Thanks Jamie!

Get [Outlook for iOS](#)

**From:** Jamie Grove <jgrove@movement5280.org>
**Sent:** Tuesday, June 20, 2023 8:04:35 AM
**To:** Michael Sandgren <MSandgren@arapahoegov.com>
**Cc:** Jamie Cope <jcope@movement5280.org>; Jen Engquist <jengquist@saferco.org>; Regan M. Benson <quadb2@aol.com>
**Subject:** Re: VI-SPDAT Access

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning.

If you are able to get in touch with them again please feel free to give them my cell number and we will get a VI-SPDAT done for them.

Jamie G

On Tue, Jun 20, 2023 at 8:00 AM Michael Sandgren <MSandgren@arapahoegov.com> wrote:

> Morning all -
>
> Regan provided the update that we no longer are in contact with this couple. I will circle back on VI-SPDAT access if renewed contact is made.
>
> Thanks,
>
> Mike
>
> Get [Outlook for iOS](#)
>
> **From:** Michael Sandgren
> **Sent:** Friday, June 16, 2023 1:15:53 PM
> **To:** Jamie Grove <jgrove@movement5280.org>; Jamie Cope <jcope@movement5280.org>; Jen Engquist <jengquist@saferco.org>; Regan M. Benson <quadb2@aol.com>
> **Subject:** VI-SPDAT Access
>
> Hi Team -
>
> Regan Benson, included here, is working with a couple experiencing homelessness in Englewood. We are working to get these individuals access to the VI-SDPAT assessment, as one of them in particular is experiencing high levels of health challenges and would likely be a priority within OneHome.
>
> I know M5280 and SAFER have some capacity around completing VIs, and plenty of connections to others who do it as well. What can we do to get this done for this couple as soon as possible?
>
> Regan, does your team have capacity for helping with transportation if need be?

Exhibit 1
Benson Declaration
BENSON_001511

Thanks all,

Mike

**Mike Sandgren**
Tri-Cities Homelessness Services Coordinator
Community Resources Department
[1690 W. Littleton Blvd
Littleton, CO 80120](#)
262-994-7985
[MSandgren@arapahoegov.com](mailto:MSandgren@arapahoegov.com)

<Outlook-nwa5ssff.png>

\* Sender and receiver should be mindful that all incoming and outgoing emails may be subject to the Colorado Open Records Act, S 24-72-200.1, et seq.

--

**Jamie Grove I Community Director**
(720)-339-9661
[jgrove@movement5280.org](mailto:jgrove@movement5280.org)
[movement5280.org](http://movement5280.org)
3485 S Broadway, Englewood, CO 80113

CONFIDENTIALITY NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this email in error, please notify us immediately by reply email and delete the original.

Exhibit 1
Benson Declaration
BENSON_001512

# Re: Homelessness Case Management

From:   Regan M. Benson (quadb2@aol.com)

To:     SLewis@englewoodco.gov

Date:   Thursday, June 15, 2023 at 02:19 PM MDT

Shawn-

I'm not sure why I'd reach out to Mike, but I'll go ahead and outline with him what we've done and show him nothing they're doing is working. Nobody in EW or these "navigators" initiated any case management so I'll be wasting my time.

The ball immediately got dropped by AllHealth being in breach of contract with EW and NOT INITIATING CASE MANAGEMENT. You don't send people on a perpetual search mission. I walked INTO THE PD and requested services for HOMELESS OUTREACH. These folks are known and documented homeless. You need to address that Shawn. Then, we doubled down and used that housing navigator that had nothing to offer, referencing that her boss wasn't releasing emergency shelter vouchers... so yeah I'll outline that with him and copy you.


Regards
Regan M. Benson

"The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

CONFIDENTIALITY NOTICE: This email message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or otherwise confidential. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that dissemination, disclosure, forwarding, or other use of this message is strictly prohibited. If you received this email message in error, please notify the sender immediately by phone (970-571-4835) or by email (quadb2@aol.com ), and delete this message from any computer system or media where the message is stored. Thank you.

-----Original Message-----
From: Shawn Lewis <SLewis@englewoodco.gov>
To: Regan Benson <quadb2@aol.com>
Sent: Thu, Jun 15, 2023 11:40 am
Subject: RE: Homelessness Case Management

Hi Regan. I genuinely appreciate your advocacy for our unhoused residents, and I know you do it out of care, not monetary gain. Thank you. There is so much vitriol from members of the public who come to Council that is aimed at people experiencing homelessness, and your voice helps counter that. Were you able to connect with Mike Sandgren about assistance for Shelly?

**J. Shawn Lewis (He/Him/His)**
*City Manager*
City of Englewood | Administration
1000 Englewood Parkway Englewood, CO 80110
englewoodco.gov | o: 303.762.2310 c: 303.358.4139

Exhibit 1
Benson Declaration
BENSON_001526

**From:** Regan Benson <quadb2@aol.com>
**Sent:** Tuesday, June 13, 2023 2:42 PM
**To:** Shawn Lewis <SLewis@englewoodco.gov>
**Subject:** Re: Homelessness Case Management

> **USE CAUTION:** This email originated from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS unless you have verified the sender and know that the content is legitimate.

Shawn I read the other responses- thank you.
None of it is applying to direct street outreach and emergency shelter options. Day shelter, is not shelter.
While I am more familiar with Giving Heart than 5280- it doesn't appear either are meeting the needs and/or demands. Case management is major hit and miss through giving heart.
5280… I'm not aware they do case management.

As far as the tri cities effort; it's all just talk.
I SEE nothing.
At least the dashboard is being reflective of the growing number seeking services, but that still shows nothing on how those needs are being accomplished.
Further, when you click on outreach contacts: there's nothing there. So how does AllHealth track their contacts?
Their May and June dashboards on their website; don't work or there's nothing there.

I'm working to activate a caseworker from CCH to start a process to get them into a SOS camp they'd qualify for, but it's like playing powerball and the odds are not in our favor. The process started yesterday, I'm waiting to hear back on when we can get them down there to have their meeting and get everything rolling. We have a small window of opportunity on this option.

I would appreciate it, since you're now doing the case management for the city, at my expense, as you're all cutting checks to AllHealth and Ian Griffin, you tell PD to back off until I can get something done for them.

This is NOT a good look for EW and I've had to do this multiple times without a word said and now you've got this idiot Ian Griffin trying to have me ME, ME, prosecuted because he got his ego put in check.

You're all stuck with my intense scrutiny for quite some time.

It would've been easier to just simply say, thank you for all your doing Regan while collecting zero pay.


Regan M Benson
Sent from my iPhone


> On Jun 12, 2023, at 2:47 PM, Shawn Lewis <SLewis@englewoodco.gov> wrote:
>
>
> Hi Regan. I got a little more info about how our AllHealth staff members work with Tri Cities and the County through the PATH Outreach Team. All client data is entered into HMIS (I know you know all about HMIS). The impacts of case management are documented weekly in the Tri Cities dashboard maintained by the County. You can find the website here https://www.tricitieshomeless.com/ and the dashboards here, https://lookerstudio.google.com/reporting/1a61f857-94eb-44fe-aba9-6c887531c649/page/iSwFD. Let me know your thoughts.

Exhibit 1
Benson Declaration
BENSON_001527

**J. Shawn Lewis (He/Him/His)**
*City Manager*
City of Englewood | Administration
1000 Englewood Parkway Englewood, CO 80110
englewoodco.gov | o: 303.762.2310 c: 303.358.4139

---

**From:** Regan Benson <quadb2@aol.com>
**Sent:** Monday, June 12, 2023 8:46 AM
**To:** Shawn Lewis <SLewis@englewoodco.gov>
**Subject:** Re: Reagan Benson

> **USE CAUTION:** This email originated from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS unless you have verified the sender and know that the content is legitimate.

Shawn-

I am taking extra time to update you on Shelly's situation because you really need to FEEL the problems here.
The park rangers told them they couldn't "stay" there. Gino and Shelly go to the park to cook their food but have since taken their camper over there and were given some kind of nuisance warning by the EW PD in the middle of the night.

I don't know what the situation is today but I will get updated.

Most importantly, your city is FAILING at resources and continuing a success rate at criminalizing and forcing people into Denver. I'm pointing that out to you and publicly, to everyone.

I got the EW AllHealth contract and it specifically says that they are to provide case management for homelessness. They are REFUSING to do that and it's well documented now.

So now what? Well, Regan and her team is now doing their case management with zero pay. Why?

I have activated what I can and what I know works and it's not coming from Arapahoe County and somebody better start asking some hard questions. Like say you, the city manager for a city that focuses on criminalization v. solutions.

So, because everything is in shambles, it's going to take time and time is never on the side of the homeless. You need to find emergency shelter funds at the very least, for Shelley, since you don't want her there and since services have been activated and she is engaged. I AM NOT fronting or covering emergency shelter costs @$465.00/wk for EW. I will work with EW, but I am NOT absorbing this, again.

Even CCH and the city of Denver have provided my NP with relief in vouchers in several circumstances to include for folks that have been criminalized out of EW. You guys need to STEP UP.

I'm also going to forward you an email from another NP I partner with and it's a very educational awareness front that you might want to get acquainted with- the lack of caseworkers and accessibility to even activate housing resources for people- let alone mental health.

AllHealth has doubly failed Shelly and is in breach of contract with EW. What are you going to do about that?

Regan M Benson
Sent from my iPhone

Exhibit 1
Benson Declaration
BENSON_001528

> On Jun 9, 2023, at 8:38 AM, Regan Benson <quadb2@aol.com> wrote:
>
> I'm still waiting to hear back from you Shawn about Shelly's situation. Now the EW cops are involved.
> The targeting couldn't be anymore obvious since I started advocating publicly for EW to activate resources.
> So what do you suggest? That I tell them to "move along" to another area outside of EW?
> Take them home with me?
> My inn is full.
>
> If you're not aware CCH in Denver is in shambles, lack of caseworkers, work load etc etc. since Brita Fisher stepped into the roll of executive director of CCH from Denver's HOST department, she's managed to run the place into the ground and cause massive attrition and workplace hostility.
>
> Where are your emergency activated shelter offerings for Shelly?
>
> You need to do something.
>
> Regan M Benson
> Sent from my iPhone
>
>
>> On Jun 7, 2023, at 4:20 PM, Regan Benson <quadb2@aol.com> wrote:
>>
>> …and now to add: your park rangers are harassing Shelley fur being in a centennial park and telling her to get out while your entire city ignores our pleas for help.
>> I wonder how that happened.
>> Now what?
>> Next up, a citation for living homeless?
>>
>>
>> Regan M Benson
>> Sent from my iPhone
>>
>>
>>> On Jun 6, 2023, at 10:54 AM, Regan Benson <quadb2@aol.com> wrote:
>>>
>>>
>>> Shawn-
>>>
>>> Yes- the "unauthorized practice of law" investigation. You're not privy to the investigation because your city attorney, along with cc is letting Ian run rogue.
>>> Why hasn't the city attorney recommended a cc executive session on the personnel matter with legal advice?
>>> Then you could give a statement.
>>> I just adore that the entire city is throwing their hands up in the air over this one proclaiming: not my problem.
>>>
>>> Whatever.
>>> This is going to continue to plague EW. Smart move: let's continue to show our support for the persecution of the person that works around the clock with the homeless we've criminalized out of Englewood, by doing nothing.
>>>
>>> What happened to your court navigator who was also named in Ian's complaint as being a witness to all my crimes? So speaking of funding, there's an issue in lack of accountability and over sight when it comes to dealing with connecting people- if that is the intent of that position.

Exhibit 1
Benson Declaration
BENSON_001529

If you're not going to have any internal controls and demand VIABLE results while letting all these people and organizations run rogue, then my short answer is: don't bother implementing them.

This INCESSANT criminalization of the homeless in this city is OUT OF CONTROL and your first and most important problem. Denver doesn't even pull this. Until that gets under control, no other effort is going to matter. It's a perpetual COSTLY cycle with ZERO meaningful results.

At this rate why don't you just build a jail into the city complex remodel and call it for the homeless only. But you'll need to hire ONLY the best guards and MEDICAL in the world because the average will only land the city in lawsuit after lawsuit. Then you can present all those costs associated to EW residents and businesses and just let them know: this is what you wanted and unfortunately incarceration costs far outweigh "affordable housing" and continuum of care costs. To educate your citizenry, you could also do a 5th grade power point, with pictures, that show what is a CRIME involving a victim. Like assault, theft, robbery.

As you saw in the emails I forwarded you, AllHealth is rogue. They literally run away from the homeless, so who's holding them accountable? You can print every flier in the world and build nice displays on the wall of all the offerings that SUPPOSEDLY exist: when you have NO execution, you might as well stop pretending you do.

I have never ONE TIME, not once, seen or heard of Englewood addressing homelessness with common sense or compassion. Not a single cop. Not a single city official. Every single approach is punitive and you want to have a discussion with me about funding to centralize that? Sorry, I'm not your incentive for that.

I believe Judge Jefferson is the best hope EW has at this point. I don't consider him a city official, although he's viewed and treated as one and I'll tell ya another thing, if that cc makes a move to try to remove him or make his job more difficult, I'm REALLY going to be there every single day I'm physically capable. He's the only person in that city that has supported my efforts in getting results for my PEOPLE. They are common sense efforts within his authority for common sense results.
You should convene with Judge Jefferson on practical approaches to the criminalization your city seeks on a marginalized community.

But what does the city do instead? They hire this idiot named Ian whose life goal is conviction rate at any cost with a splash of pipeline to jail for the homeless. Why! WHY!?

Your centralized effort is going to be meaningless when you can't even keep your local house in order. You have a culture and climate problem in EW- residents included. We ALL have a generational gap to deal with when it comes to the homeless. The older generation REFUSES to recognize the failures of centralized public education over the years. They're convinced that homeless are all worthless bums. They REFUSE to recognize how people their age 55+, living on fixed incomes, became homeless. Mental illness is STILL the elephant in the room in the 21st century after spending the last 30-40 years medicating boys with psychotropic drugs (the gateway drug to street drugs) WHILE failing to recognize those born into addiction and abuse.

The new and improved crux- the introduction of those seeking residency in this country by circumventing legal immigration.

Summary: government orchestrated chaos is what I seek to eliminate and if that includes cutting funding, I support that. The social ills components a taxpayer base may not understand is truly irrelevant when they are comparing the return on investment of their tax dollars and they are very correct in that the return on investment is abysmal. In return, they're going to figure out that it MUST be up to the people, NOT GOVERNMENT, to address social ills. Hypocrisy is a fascinating conundrum. Paradigm shift.

Exhibit 1
Benson Declaration
BENSON_001530

> SHOW ME something that works in the city you signed up to MANAGE Shawn, please.
>
>
> Regan M Benson
> Sent from my iPhone

Exhibit 1
Benson Declaration
BENSON_001531

### Re: just some observation...

From:   Regan Benson (quadb2@aol.com)
To:     SLewis@englewoodco.gov
Date:   Monday, December 18, 2023 at 08:39 AM MST

Shawn-

I'd have to write a book in response. Yes. MANY concerns about the navigation center as the impending inferno because there's nothing substantial for mental health/substance abuse in any of this programming. Twenty beds… for what and who?
You already have navigation centers in EW. Apparently they don't want to partner with you all, you're not working hard enough to support their established programming… ??

Some days I'm more passionate about it than others. Most days, now a days, I'm just exhausted over it all and wish government would just own the errors of their ways because it's not about people, it's about money. Again, this is what this "policy group" has accomplished with $12M dollars?

Stop looking at best practices, there are none.
You lump humans and the human condition into a "best practice" one size fits all model and you can expect the results to fit that. It works for a few and that's it. It's like in public education: the invention of ILP's - individual learning plans only being implemented for special needs, when it's a known fact that every single kid is their own INDIVIDUAL that learns as an individual.
We can't even adopt best practices in an education system for a measurable result and now we want to define best practices for homelessness.
We're watching what could go wrong and it is.

Since Sheridan is still living in 1975 in "best practices" results will stay in 1975. You CANNOT criminalize people out of homelessness for petty BS. That place is a lost cause from top to bottom and will continue to leech off of EW. Littleton isn't much better. But this tri-city collaboration looks and feels good and brings the county on board.

I stand firm in that I fully believe you, Shawn, are able to think critically and with a greater sense of reality.

HOWEVER, you too are placating to the anti homeless in top down leadership and citizens that demand you do so, for your paycheck.
But you're a voting member of that working group- you gonna get fired if you say the wrong things?

Zoning variances are a real thing. So if people don't want to see homeless people and that's the REAL crux here, then warehouse them. I'm totally cool with what Johnston is doing in the sense of giving people what they want- it's a HEFTY price tag, but it's what the people want and want to pay for. The homeless just want a place to eat, be warm and clean. Any other services can come later, pending voter approval. In the end, who cares about the results, something is being done. Admit that there doesn't have to be accountability or a return on investment. The money will flow.

The reality is that your navigation center belongs in the civic center.

Sounds so simplistic. It is. It's literally a solution to what the majority is demanding and we live in a democracy aka mob rule. (we don't, but that's the current reality)
This is all very tangible stuff. It certainly is not about creating generational wealth.

What is going on currently, with the renewal of the AllHealth contract?

Oh and btw… Shelley is still out here. We had to start the process over in Denver through CCH and DHA because we couldn't get an OUNCE of help from anyone or any agency in Arapahoe.
Wonder why that is…

Exhibit 1
Benson Declaration
BENSON_001532

Shelley's voucher was approved two months ago, her apartment has been sitting vacant for almost 4 weeks without a move in date.
Why? Migrant crisis has ceased placement of our citizens.
What a perfect storm.

We can sit down and talk about it after the first of the year if you'd like.


Regan M Benson
Sent from my iPhone

> On Dec 15, 2023, at 5:19 PM, Shawn Lewis <SLewis@englewoodco.gov> wrote:


Hi Regan. Thank you for your e-mail. I was not aware Sheridan had changed up policies that would drive folks here and elsewhere. They've had a camping ban for a decade or more. Is it something more they're doing? Second, Bridge House lobbied us for longer stays than 28 days, but our zoning code calls anything longer than 30 a long term rental and the use wouldn't be allowed in that zoning. As you may know, EW was the only city among the three that even had a zoning classification we could allow their program to operate in. It was a lot of work to squeeze it in, but I'm hopefully for the Ready to Work program. Have you worked with them in Aurora? The Nav Centers I worked with in Boulder and Longmont (2014-2019) were shorter than 28 days, although I've heard Boulder's model has changed a lot since then. Do you know what best practices are on length of stay in Nav Centers? Is that the impending inferno you're talking about? The Nav Center? I'd like to better understand your concern because I know you've seen what has and hasn't worked around the region. Thanks for the outreach.

<image001.png>

**J. Shawn Lewis (he/his)**
*City Manager*
City of Englewood | City Managers Office
1000 Englewood Parkway Englewood, CO 80110
englewoodco.gov | o: 303.762.2300  c: 720.358.4139


**From:** Regan M. Benson <quadb2@aol.com>
**Sent:** Thursday, December 14, 2023 9:01 AM
**To:** Shawn Lewis <SLewis@englewoodco.gov>
**Subject:** just some observation...

> **USE CAUTION:** This email originated from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS unless you have verified the sender and know that the content is legitimate.

Exhibit 1
Benson Declaration
BENSON_001533

Shawn-

Good morning. About your red-headed step child, Sheridan...

Do you realize what those people are doing to the homeless? They are criminalizing them INTO OBLIVION. You, Englewood, are going to have a MASSIVE problem with those consequences, current and future. They don't get it, you get that, right? You guys are being played so hard by Granberry and his minion mayor to be the catch all for Sheridan.

It's another shuffle of the proverbial herding cats into another jurisdiction that absorbs all the cost. We all know very well the homeless population is concentrated in EW.

Do you realize the failures presenting themselves in this navigation center? 20 beds with a 28 day stay? NOBODY gets through ANY processes in 28 days- NOBODY. You see the unintended consequences there? Cycling people in and back out, in EW? There is not ONE stitch of hope in any type of solid programming being brought forward through this giant money grab that's going to have MASSIVE unintended consequences. You need to quit being buddies with everybody and get some real talk on the table.

You guys are playing with matches right now but you're about to ignite an inferno failure #1 for those living homeless #2 your taxpayer base.

You're the city manager, you need to guide the ignorance here. This is all very mindblowing.

I do have SOME level of hope in you, you're not a lost cause like Granberry and clan. But maybe you're just along for the ride and paycheck and are washing your hands from the bad decisions cc is making? I don't know, but you're headed for some EXCEPTIONALLY turbulent times.

In closing, do some simple math and divide $12M into 168 people defined by the point in time survey as living homeless. Housing for all, for 3 years with money left over for case management.

Regards

Regan M. Benson

"The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

Exhibit 1
Benson Declaration
BENSON_001534

8/20/25, 8:07 PM

Case No. 1:25-cv-01571-RMR-KAS   Document 52-2   filed 08/29/25   USDC Colorado
pg 13 of 15
AOL Mail - Re: Watching tri-city presentation

## Re: Watching tri-city presentation

From:   Regan Benson (quadb2@aol.com)

To:     SLewis@englewoodco.gov

Date:   Tuesday, July 25, 2023 at 07:44 AM MDT

Thanks Shawn.

So my thoughts…well you heard where my mind is right now, last night. Nobody cares. They don't see it and are incapable of feeling it. Government is not acknowledging how these people aredying.
Cowboy is the 6th person to die since last September, that I worked directly with. That doesn't include all the others that have died and the insane frostbite results from this past winter and those people that are losing limbs. I've attached a picture, so you can SEE it. I have three others, all fingers and toes.
This man lost his leg up to the knee and all goes on the other foot.
Could you imagine how it feels?

This death, Cowboy, only laid in a motel room dead, for almost 3 days in 80+ degrees.  I guess that's better for everyone since he wasn't seen on the street, dead. He was only found because of the smell.
I'm feeling really super great about it all. Thank goodness they'll be at least two less visible homeless people, in the way of others in EW. My buddies, Jesse and Cowboy.
Please let everyone know they're now finally at my house, as everyone has wished: take them to your house!

EW should write Denver a thank you note for their help and then everybody should write Adams County another thank you note for handling the body and the botched death investigation of cowboy. It was just a homeless guy, no biggie. Maybe some awards should be given to the EWPD? More awards, please!

You still want more thoughts?

Ok…

People are dying left and right out here, for all I know Shelley has to. I can't do it all and government has ALL the money and a plethora of excuses. There's ZERO excuse for why AllHealth isn't handling that case management for Shelley.
You think I would've walked into the EW PD that day if she wasn't in crisis? Less than an hour later, I'm arrested in Denver by one of their dirty cops getting caught on camera harassing the HELL out of the homeless.
I mean, I guess the ONE thing EW is doing well is not arresting me.
So hey, convey my sincere thanks for that, I forgot to say TY last night.
Maybe you can promote Ian and award him though, he might still be the hero for his dedicated witch hunt.

I get about 10 crisis texts a day and on average can respond to one of them every other day. Your government contract people- remain in breech of contract everyday and oh well.

I've NEVER asked EW for help, ever. Even after all the horrible things that place has done to SO MANY homeless. The one time I do- look at this mess! $1.3M dollars- fully formed outreach team according to Sandgren and not an ounce of help. Hole e hell in a hand basket, there's NO EXCUSE FOR THIS! I don't care how many beds you've got coming up- you do realize people are going to be hand picked for those and you STILL have ZERO emergency shelter resources?
Z E R O.

Get your money back and spend it differently because the NIMBYS expect to not see homeless people and this plan isn't going to work.

Thanks for putting Sandgren on the spot last night, he needed that because he's regurgitating BS and remember, he has an outreach team!  It apparently is my job to do everybody's job that gets paid with money, collected by force? Whose job is it, to hold accountable the money invested in case management, mine?

Shawn- I really do trust that you want results. You can't spend nearly the amount of time you need to, to tackle this. I can't STAND the phoney sound bites, the skewed and dishonest messaging. My cup runneth over with every lie.

Exhibit 1
Benson Declaration
BENSON_001563

desires and participation to use violence on the unhoused as a means to a REAL humanitarian crisis. SOMEBODY has to tackle these issues FULL TIME in EW for oversight. Nothing is going to change until you have the truth in front of you. It's going to get worse. But then again I don't know, do you want the truth? Because then if you have to really address it, you're going to get fired.

Nobody has a backbone anymore- it's all about the paycheck.

Safe parking? Yeah, in that parking lot and garage right there at the PD. Right there in your upper level at the civic center. Not gonna happen. Why? It's designed not to happen- all barriers all the time. Papers please. These people don't have papers and none of these US citizens are "legal" according to the RULES.
The chances of the immigrants getting help before any EW and CO native are far greater and actually happening.

You need a safe outdoor space, at the very least.
You gonna keep babysitting Sheridan in the process on this tri-city effort? Because they're NEVER going to do anything right and they're the reason your city is already spreading resources too thin. Then there's Denver- everybody knows that EW, Sheridan and Littleton have effectively shifted the homeless population into Denver and none of you want to jeopardize them returning in hopes of connecting to resources. The whole, let's pretend to build it so they don't come effort. But NONE of you are reimbursing Denver.
What's up with that?

Be bold Shawn.

Pretty sure all cities are sitting on their hands by now, hoping they don't get caught on camera criminalizing the homeless back into Denver on the new declared state of emergency.

I'm out of thoughts, for now.


Regan M Benson
Sent from my iPhone

> On Jul 24, 2023, at 6:47 PM, Shawn Lewis <SLewis@englewoodco.gov> wrote:
> Thanks, Regan. I'll follow up with Mike on that. The last e-mail I had said Shelly could not be located. Are you in contact with her? Mike was trying to get them on the housing list via taking them through the VI-SPDAT, but we couldn't locate them. Let me know if you have a way to get in touch with them.
>
> The funding mentioned has mostly gone to startup costs for Bridge House who is building a 50 bed facility for their year-long job training, housing and supportive services program. And as we just learned tonight, Bridge House will have an additional 20 shelter beds as part of their selection as the Tri-Cities Homelessness Navigation Center. That's new 70 beds coming online next year for people who find themselves homeless. The funding has also provided for a full time homelessness coordinator (Mike) to keep us focused on getting people housed and bringing us other solutions like Safe Parking Initiative we're hearing about at this Council meeting. We've also invested in the career training program CrossPurpose that has helped people on the verge of homelessness and a smaller number that art unhoused get into new careers with mentors and sponsors and more stable housing.
>
> Hope this helps. Let me know your thoughts.
>
> J. Shawn Lewis (He/Him/His)
> City Manager
> City of Englewood | Administration
> 1000 Englewood Parkway Englewood, CO 80110
> englewoodco.gov | o: 303.762.2310 c: 303.358.4139
>
>
> -----Original Message-----
> From: Regan Benson <quadb2@aol.com>
> Sent: Monday, July 24, 2023 6:20 PM
> To: Shawn Lewis <SLewis@englewoodco.gov>
> Subject: Watching tri-city presentation
>
> USE CAUTION: This email originated from outside of the organization. DO NOT CLICK LINKS or OPEN

Exhibit 1
Benson Declaration
BENSON_001564

ATTACHMENTS unless you have verified the sender and know that the content is legitimate.
>
>
> Hi Shawn-
>
> I'm watching this cc meeting presentation.
>
> So for starters EW has contributed $1.3M to this effort and the outreach team has been completed through ALLHEALTH!?
>
> You saw the email exchange between Mike and myself, and they offered nothing for Shelley after I even offered up a phone number for her. Simple simple outreach!
>
> What is going on!?
> What exactly has Englewood received for its $1.3 million?
>
> You all better figure out how to get out of this relationship because it's already headed for a costly divorce.
>
>
>
> Regan M Benson
> Sent from my iPhone


image1.jpeg
306.6 kB

Exhibit 1
Benson Declaration
BENSON_001565