**YouTube** Search  Create

## Regan Benson ✕

### Description

WARNING: This channel contains R rated language & is not always appropriate for children.
If you can't handle that, this channel content is not for you.

Cops get cussed out here. Dirty government actors get exposed here.

I love the homeless community. They're people too. They have family that loves them and if they have no one, they need someone to love them. If they're not hurting anyone, leave them alone if you've no help to offer. A society is defined by how it treats its weakest, sickest and poorest. What do you do when you witness an injustice? What do you do to preserve and persevere in freedom?

Government is malevolent. It destroys everything it touches. It seldom does anything right, except violate peoples rights on the daily, force taxation and incarceration for victimless crimes while victimizing victims, repeatedly. JustUs.

Freedom is dangerous, live dangerously.

Contact: communityforums4us@gmail.com

### More info

✉ **View email address**

🌐 www.youtube.com/@ReganBenson




Home

## For yo

Regan B
7.7K view  

Exhibit 2
Benson Declaration