

# GIRLS DOING WHAT GIRLS DO #englewoodcoloradopolice #englewoodlibrary



**Regan Benson**
23.6K subscribers

Subscribe

429

Share

5,415 views  9 Oct 2024
***Re-upload***  thank you to @DenverMetroAudits
 These public employee whiners filed " privacy legal complaints" to YouTube because: their privacy as public librarian employees making false statements to the police... and getting caught. Of course their privacy matters. LOL!!!

Englewood, CO

These female specimens  get together on this day back in March for a whine session about Regan Benson. They're drumming up a criminal case on me, using anything they can possibly think of to influence this cop. This cop is known as Englewoods "go to gal",  a nick name just for her, according to her her Sergeant; Adam Wright. These gals are pretty in touch with each others feelings, obviously something the "men" of the Englewood PD enjoy.

The star of the show:, Library Supervisor,  Corinne B.(the bimbo behind the computer) collecting an annual salary of $89k, while her boss, Bethany L. Library and Cultural Arts Manager collecting a $119k a year, fills the cop in on alleged criminal activity she and her gal pal NEVER EVEN WITNESSED.
Good Ol Bethany tells a great many lies, therefore Corinne joins in on the fun!

   

Long story short...this cop does a dishonest investigation, was DETERMINED to get a warrant for me any way possible and Aaron Glee- another super highly intelligent Englewood cop, with a title of "detective" collecting a $112K a year, both lied their way through an entire "case" to really stick it to me (joke) for harassment for filming a security guard. All, AFTER they banned me from the library for "committing a crime" by way of their unconstitutional "standards of behavior" in Englewood. Key word, AFTER. Yep, this city lets their librarians ban people from the public library for "crime" and then go get the cops to drum up the "crime". That heinous crime I committed for recording a security guard telling me I couldn't use the restroom...the case OF COURSE HAS BEEN DISMISSED by the DA after he got bored with the idea of losing at trial and none of his cops under subpeona showed up to a motions hearing.
https://www.englewoodco.gov/our-city/...

It was all a witch hunt. It blew up in their faces and a bunch of people got caught. This is and was ALL geared to discriminate against the homeless, retaliate against me for protected activity and speech, and invoke class warfare into discriminatory behavior by ALL involved public employees.
The cops, well they don't like me, so it wasn't hard to find the VERY DUMBEST blond bimbo cop to be the fall gal, for the guys that refer to her as the...GO TO GAL.
So, what are they doing in response? Still trying to ban me from the library of course. Look what happened when I went to city council to talk about it all: https://www.youtube.com/live/accH1ypi...

Stay tuned for the results of the "hearing" to uphold the librarians trying to ban me from the library after they got caught in their revenge plot!

I mean really though, who cares? It's just tax dollars at work. Other peoples money...it's just one giant unaccountable 6 ring circus of JustUs...the peasants are guilty until proven innocent.
The outcome to ban me from the library is not going to matter. They bully whoever they can. Not this time. They got caught and they ARE going to be held accountable.

#1a
#englewoodcoloradopolice
#rottenlibrarians
#rottencops



Ways to donate directly to Helping Hands for Dignity Coalition:
https://linktr.ee/reganbenson


## Transcript

Follow along using the transcript.

Show transcript