# Exhibit 4

# PLACEHOLDER FOR

# Conventionally Filed Audio Recording

Exhibit 4
Benson Declaration