STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON

| | |
|---|---|
| Adam Wright: | This is Adam. |
| Jason Schneider: | Hey, it's Jason upstairs. |
| Adam Wright: | Hey. |
| Jason Schneider: | Hey. Quick question for you. We got a call from the security guard over at the library and- |
| Adam Wright: | Yep. |
| Jason Schneider: | The guy that sits at the little podium there. |
| Adam Wright: | Yep. |
| Jason Schneider: | And he wants to file a harassment complaint against Regan Benson. |
| Adam Wright: | Yep. Dealing with that right now. In fact, if you can just assign 213 to that because she's going to be my go-to gal on it. |
| Jason Schneider: | That's what I wanted to know because I'm like, oh, I don't think I want to give this to a PDO, so- |
| Adam Wright: | Yeah. Yeah. So yeah, assign 2, uh, yeah assign 213 to it. |
| Jason Schneider: | Okay. Will do. |
| Adam Wright: | Alright, thanks man. |
| Jason Schneider: | Thanks man. Bye. |