

# FORMER ALLIED guard COACHED by City Attorney to pursue BOGUS CRIMINAL CHARGES ON ME

 **Regan Benson**
23.6K subscribers

Subscribe    👍 251    👎    Share    ⋯

2,335 views   11 Oct 2024   ENGLEWOOD
Englewood, Co

Apparently this recruiting attempt netted them a fantastic crop of call takers: ▶
• Englewood Dispatch Recruitment

Why did former Allied employee Ellegan make a phone call to this nasty little dispatcher at the Englewood PD on 3/6/24, two days after he claimed he was victimized for being recorded and ONE DAY after I published his interaction with me on YT?

Because a "man", that had obtained his PERSONAL PHONE #, claiming to be from the city attorneys office CALLED Dameyon and told him he should call the police and tell them he was harassed by me. In this call, Dameyon claims the person, Jonathan, the city prosecutor, told him to call.
Who was the actual "man"?
Very likely a one moron city attorney by the name of Sergio Renteria who then LIED to him and told him his name was Jonathan.

On 10/024, Dameyon was once again coached to repeatedly say "I do not recall" when questioned by my

 YouTube

😂
**Dameyon, you lied** and we could've moved to impeach all of your testimony. But we felt a bit sorry for you, you've been THE PAWN in this entire retaliation effort, for the city.

EVERY SINGLE PERSON IN THIS ORCHESTRATED charade to have me criminally charged and banned from a public building, ALL funded by taxpayers, has been caught lying and in some cases committing crimes of retaliation, harassment and official misconduct.


Sergio Renteria, by and through the guidance of the city attorney, Tamara Niles, are working overtime to shut down public comment at city council and have now BANNED me from attending CITY COUNCIL meetings. Here's some more of Sergio here: Watch @ 1:01:00
https://www.youtube.com/live/_pQ6Ja4T...
They just keep digging their hole deeper and deeper and deeper.


Dameyon was coached to call. Why? Because I publicly exposed how Englewood supports the librarians corrupting Allied employees under contract with taxpayer dollars and the librarians run the city and the cops. After all, the chief trouble maker Librarian Bethany, makes WAY more money than their SWAT officers.
😂

Englewood Dispatcher Tosha Murray DOH 4/11/22 Annual Salary $70,118
#toshamurray

Sergio makes a whopping $128k a year because he is a complete moron.
Tamara however follows here orders quite well and is currently making just under $300k a year.
#tamaraniles
#sergiorenteria
Attorneys like this ^^^ are exactly the scorched earth leeches referred to when describing attorneys who can NEVER succeed in the private sector.

https://www.englewoodco.gov/governmen...

#englewoodcolorado
#Englewoodcoloradopolice




Ways to donate directly to Helping Hands for Dignity Coalition:
https://linktr.ee/reganbenson


T........ ... ..