

Show chat replay

## **RE-UPLOAD**PUNK ALLIED GUARD USED AS WILLING PAWN IN MALICIOUS PROSECUTION: CASE DISMISSED

 **Regan Benson**
23.6K subscribers

Subscribe

👍 303  👎  ↗ Share  ⋯

3,007 views  Premiered on 18 Oct 2024  ENGLEWOOD
Englewood, CO

This is Dameyon Ellegan, he was employed by the righteous in private security firm: Allied Security. His employment at the Englewood Civic Center comes by way of taxpayer dollars, therefore he is subject to scrutiny for the level of service he is providing.

Prior to my recording of this interaction, I had stepped into the library to use the public restroom. Dameyon DENIED use of the restroom and demanded I sign my name. I refused, took the key off the podium and proceeded to the restroom. I began my recording as I exited the restroom.

I didn't even know this guys name at the time this took place back on March 4th, 2024. It turns out that "someone" from the city coached him into pursuing criminal charges against me for harassment. The Englewood PD went along with this and actually LIED through ALL STEPS of the criminal prosecution

 YouTube

 

It's called JustUS- we see it everywhere all day long across our land of the free, where cops and government are NEVER held to account for destroying peoples lives with political persecution.

Because of his deceptive stupidity, I now have ALL of his personal information, including his entire criminal history, as I of course am entitled to all discovery as well as; facing my accuser.
At the time of the illegal steps taken in this prosecution against me, the judge allowed a protection order to become part of the record, for this poor poor victim of harassment. Therefore, I took this video down after it's original publish date of March 5th, 2024.
You can hear more of the deception here: ▶ • FORMER ALLIED guard COACHED by City Attorn...

What has occurred and IS STILL occurring in the Englewood, CO library is targeted class warfare and discriminatory actions against a marginalized community; the homeless. There is this bizarre desire to control the population by forcing people to give up their 4th amendment right to use a public restroom; depending on who you are. I will not tolerate this in silence, for anyone.

I, in fact, was the only one being CRIMINALLY HARASSED in this interaction.

The City of Englewood, then tried to ban me from the library after the criminal case was dismissed. The hearing officer concluded in her ruling that the city did not meet their burden of proof in banning me from the library. In that CLOSED FROM THE PUBLIC administrative hearing that the city puts on to use municipal code to ban people from public spaces in Englewood:
Dameyon was asked the following question by my attorney: When you expressed that Ms. Benson had sexual interest in you while you were smoking, was that respectful? His answer; yeah, I was having respect for myself at that point.

#englewoodcolorado
#englewoodcoloradopolice
#dameyonellegan
#alliedsecurity
#cityofenglewood
#englewoodlibrary

## Transcript

Follow along using the transcript.

**Show transcript**

 **Regan Benson**
23.6K subscribers

 Videos     About

Exhibit 7
Benson Declaration