STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*GUESS WHO is GETTING SUED*
*May 19, 2025 - Minutes 46:14-49:22*

| | |
|---|---|
| Mayor Sierra: | Up next is Regan Benson, from outside of Englewood. |
| Regan Benson: | Did you hear? You got served. Boom. We're going to change the walkability score of Englewood. We're going to start tonight. How's that sound?<br><br>Here are the defendants in the 2025 lawsuit: Tamara Niles, Othaniel Sierra, Joe Anderson, Sergio Renteria, Bethany Lafferty, Corinne Barnett, Jean Mulder, Aaron Glee and Shawn Lewis.<br><br>How does it feel? Remember this stupid little thing you had to say Joe? What was this? About how I was wasting my life? Well, we're going to watch you get to waste yours, aren't we? I told you you weren't going to be mayor. You ain't even going to get reelected.<br><br>Cause guess what? People aren't going to like this million dollar lawsuit dumb shits. They're not. I don't care how many fricking apartments you built. And you're still not listening to me. Crystal's still out here. Nowhere to go. You got ole Shawn and Tamara over here just you know playing fricking corn holie with each other while Crystal's out here being chased by the cops. Giggle giggle Shawn, you idiot. You're an idiot. You're an indecent human being. You are an idiot. And now you're getting sued. You and that bimbo over there. You two are the dumbest people in this entire city coupled by these two morons and you just cheer each other on. Tamara, you couldn't even work for a fricking collection agency. You're a dip shit. You suck at being an attorney. Don't you get that? Quit. Jamie is going to mop your fricking floor. She is going to make you cry. Repeatedly.<br><br>You guys have done the dumbest stuff any city could ever, ever do, and you just thought I was just going to go away. Do you know how much money this is going to cost? We're talking a couple million bucks. Because they didn't want me to use the library bathroom. Because I advocate for homeless people. Because those two dip shits back there drum up criminal case after criminal case. It gets dismissed. This is going to cost you guys millions of dollars and you guys can't even get the taste of your water right. I mean, when do you go when enough is enough? But at any rate, here's the lawsuit. You guys got to read it. It's golden. Here's one copy for y'all. Make copies. I look forward to seeing you in depositions. You're all going to scatter like cockroaches. |
| Mayor Sierra: | Regan your three minutes are up. |
| Regan Benson: | You're going to throw each other under the bus and it's going to be fucking glorious.<br><br>Here you go. |

Exhibit 8
Benson Declaration