

Show chat replay

### GUESS WHO is GETTING SUED



**Regan Benson**
23.6K subscribers

Subscribe    351    Share

2,707 views  Streamed live on 19 May 2025  1000 ENGLEWOOD PKWY
Ways to donate directly to Helping Hands for Dignity Coalition:
https://linktr.ee/reganbenson

Exhibit 9
Benson Declaration