**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counter Claimants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONDING TO MOTION TO DISMISS**

---

    Plaintiff/Counter Defendant Regan Benson ("Ms. Benson") through counsel, moves to extend the deadline to respond to the Defendants' Motion to Dismiss First Amended Complaint. In support thereof, Ms. Benson states as follows:

<u>Certificate of Conferral</u>. Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff's counsel conferred in good faith with Defendants' counsel regarding the

relief requested by this Motion. Defendants do not oppose the relief requested by this Motion.

On August 29, 2025, Defendants filed a Motion to Dismiss First Amended Complaint. (ECF No. 50.) Ms. Benson's response to this motion is due on September 19, 2025.

Based on the press of other settings, deadlines, and matters, Plaintiff is requesting an additional week to respond to the motion to dismiss. Plaintiff has not previously sought or received an extension of this deadline.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending her deadline to respond to the motion to dismiss until September 26, 2025.

Dated: September 15, 2025.

Respectfully submitted,

*s/ Carey Bell*
Jamie Hubbard
Carey Bell
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com
bell@slhlegal.com

*Attorneys for Plaintiff Regan Benson*

**Certificate of Service**

  I certify that on September 15, 2025, I electronically filed the foregoing *Unopposed Motion to Extend Deadline for Responsive Pleading* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                *s/ Nancy Hickam*
                Nancy Hickam, Paralegal