**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1-25-CV-1571-KAS-RMR-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

**NOTICE OF FILING DEFENDANTS NILES AND LEWIS'
FIRST AMENDED COUNTERCLAIMS**
_____

Defendants, by and through their attorneys, **SGR, LLC**, and pursuant to Fed.R.Civ.P. 13 and 15(a)(1)(B), hereby provide notice of Defendants Niles and Lewis' First Amended Counterclaims.

Pursuant to D.C.COLO.LCivR 15.1(a), Defendants have attached as an exhibit a copy of the amended pleading which strikes through the text to be deleted and underlines the text to be added. [*See* **Exhibit A** (redlined counterclaims)].

Respectfully submitted,

s/ Courtney B. Kramer
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ckramer@sgrllc.com

s/ Tiffany E. Toomey
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants-counterclaimants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of September, 2025, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF FILING DEFENDANTS NILES AND LEWIS' FIRST AMENDED COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Counsel for Plaintiff Regan Benson*

/s/ Deborah Edwards
Legal Secretary