**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counter Claimants.

---

**UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITATION**

---

    Plaintiff/Counter Defendant Regan Benson, through counsel, respectfully requests that the Court grant leave to file a Response to the Defendants' Motion to Dismiss First Amended Complaint (Doc. 50), that is no longer than 20 pages.

The Defendants' Motion to Dismiss raises a wide range of issues. Many of those issues require a detailed response with respect to the allegations in the First Amended Complaint or the controlling law.

Plaintiff's counsel conferred with Defendants' counsel, and Defendants do not oppose the relief requested by this Motion.

For these reasons, Plaintiff respectfully requests that this Court grant leave to file a response that is no longer than 20 pages.

Dated: September 23, 2025.

Respectfully submitted,

*s/ Carey Bell*
Jamie Hubbard
Carey Bell
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com
bell@slhlegal.com

*Attorneys for Plaintiff Regan Benson*

### Certificate of Service

I certify that on September 23, 2025, I electronically filed the foregoing *Unopposed Motion for Leave to Extend Page Limitation* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam, Paralegal