IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO,
TAMARA NILES,
OTHONIEL SIERRA,
JOE ANDERSON,
SERGIO RENTERIA,
BETHANY LAFFERTY,
CORINNE BARNETT,
JEAN MULDER,
AARON GLEE, and
SHAWN LEWIS,

    Defendants/Counter Claimants

and

CARRIE WATSON,

    Defendant.

_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff/Counter Defendant's **Unopposed Motion for Leave to Extend Page Limitation** [#60] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#60] is **GRANTED**. Plaintiff/Counter Defendant may file a response to Defendants' Motion to Dismiss [#50] that does not exceed 20 pages in length.

    Dated: September 23, 2025