**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counter Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counter Claimants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO FIRST
AMENDED COUNTERCLAIMS UNTIL TUESDAY, OCTOBER 7, 2025**

---

    Plaintiff/Counter Defendant Regan Benson ("Ms. Benson") through counsel, moves to extend the deadline to answer or otherwise respond to Defendants Niles and Lewis' First Amended Counterclaims until Tuesday, October 7, 2025. In support thereof, Ms. Benson states as follows:

    <u>Certificate of Conferral</u>. Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff's counsel conferred in good faith with Defendants' counsel regarding the

relief requested by this Motion. Defendants do not oppose the relief requested by this Motion.

On September 19, 2025, Defendants Lewis and Niles filed their First Amended Counterclaims. (ECF No. 59.) Ms. Benson's deadline to answer or otherwise respond is October 3, 2025.

Undersigned Counsel's laptop crashed last evening and is inoperable. She is diligently working with IT to gain access to her laptop and (hopefully) recover the document. Counsel has learned that, if a new machine is needed, it will not be available until Sunday or Monday.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending her deadline to answer or otherwise respond to Defendants Niles and Lewis' First Amended Counterclaims until October 7, 2025.

Dated: October 3, 2025.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
Carey Bell
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com
bell@slhlegal.com

*Attorneys for Plaintiff Regan Benson*

## Certificate of Service

      I certify that on October 3, 2025, I electronically filed the foregoing *Unopposed Motion to Extend Deadline to Respond to First Amended Counterclaims Until Tuesday, October 7, 2025* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      *s/ Nancy Hickam*
      Nancy Hickam, Paralegal