IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff/Counterclaim Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants/Counterclaim Plaintiffs.

---

**Declaration of Regan Benson in Support of Her Special Motion to Dismiss Amended Counterclaim**

---

    I, Regan Benson, having capacity to execute this declaration and personal knowledge of all matters attested to herein, state as follows:

    1.    I am the executive director of Helping Hands for Dignity, a 501(c)(3) nonprofit organization that provides direct outreach services to homeless individuals in the Denver Metropolitan area.

    2.    For the last few years, much of my work with the unhoused population has centered around the City of Englewood.

3. I am in regular contact via email and in person conversations with members of the Englewood City Council, City Manager Shawn Lewis, and others about issues related to homelessness and other City policies.

4. I also routinely file requests with the City of Englewood under the Colorado Open Records Act seeking bodyworn camera footage of police encounters, city policies on different issues, and records on how taxpayer dollars are spent by the Englewood City government. I record my interactions with Englewood government officials and post them to my YouTube channel.

5. In addition, I regularly attend Englewood City Council meetings and give public comment related to, amongst other topics: homelessness policies in general, the city's treatment of particular unhoused persons, issues with the Englewood police department, and access to public records.

6. Englewood City Council meetings are held in the Englewood Civic Center, located at 1000 Englewood Parkway. In addition to the City Council room, the Englewood Civic Center houses the Englewood Public Library, the Englewood Municipal Court, the City of Englewood's administrative offices, and the Museum of Outdoor Arts.

7. Englewood City Council meetings are open to the public. Present during these meetings is typically: the seven elected members of city council, who sit on a dais at the front of the room; at least one uniformed Englewood police officer, who sits at a desk in the rear of the building (other uniformed officers man the security desk outside Council chambers); and various members of the Englewood city government staff, including IT staff controlling the livestream and clerk's office staff who monitors public comment. Members of the public are typically seated in the benches in the middle of the room.

8. City Manager Shawn Lewis and City Attorney Tamara Niles sit at desks just to the left of the dais. These desks are in full view of the elected officials, police officers, city staff, and members of the public who are present.

9. Englewood City Council meetings are also livestreamed on the City's YouTube channel (https://www.youtube.com/c/CityofEnglewoodColoradoTV). A wide angle shot of the room captures the entire dais, the desks occupied by Niles and Lewis and City staff, and most of the gallery seating for the public. Below is a screenshot of the default view for the City's livestream of Council meetings. In the image below, Tamara Niles is seated at her desk just below the screen wearing a light colored suit coat. Shawn Lewis is seated at his desk next to her, wearing a dark colored suit.



10. As the meeting progresses, the view on the livestream shifts to focus on whoever in speaking. Shawn Lewis and Tamara Niles both have cameras focused on their desks and the view shifts to these cameras when either is speaking.



11. In early 2025, I connected with and was trying to help a woman named Crystal, who had recently become homeless. Crystal is a long-time Englewood resident who was kicked out of her house when Englewood condemned it for alleged code violations. The home was owned by Crystal's grandfather, who is in his 90s. Crystal's grandfather was taken against his will into an elder care facility when the house was condemned. Crystal was left living in a tent, moving between Englewood city parks.

12. On May 5, 2025, I brought Crystal to the Englewood City Council meeting so she could address her elected officials about what the city was doing to her grandfather and her. Crystal bravely spoke on her own behalf during the public comment period and talked about being chased from park to park by Englewood police officers. Crystal talked about how she did not want to be in trouble or cause trouble and asked Council for their help with housing and navigating the situation. *See* May 5, 2025 City Council meeting (available at https://www.youtube.com/live/hxV7m3IHsM0) (Crystal speaks at 1:41:00).

13. I also addressed City Council about Crystal's situation that evening. *See* May 5, 2025 City Council meeting (available at https://www.youtube.com/live/hxV7m3IHsM0) (Benson speaks at 1:50:37).

14. Between the May 5, 2025 meeting and May 19, 2025, I am not aware of any action Englewood City officials took to assist Crystal. As of May 19, 2025, Crystal remained homeless, living in a tent, and being chased from park to park by Englewood police officers. Crystal continued to try to navigate the difficult and complex condemnation process for her grandfather and was getting no assistance from the Englewood city government, including City Manager Lewis and City Attorney Niles.

15. On May 19, 2025, I again attended the City Council meeting and signed up for public comment. Through my attorneys, I had filed a lawsuit earlier that day. The lawsuit was served on some of the defendants just before the public meeting began.

16. The May 19, 2025 City Council meeting was being livestreamed on the City of Englewood's public YouTube channel. *See* https://www.youtube.com/watch?v=tIGTST-1C1c. My public comment begins at 1:28:45 on the City's video feed.

17. I also livestreamed on my YouTube channel from when I entered the Civic Center building to attend the City Council meeting until I left the building. The livestream shows me interacting with various Englewood public officials before public comment, my entire public comment, and interactions with Englewood public officials after my public comment was complete. *See* https://www.youtube.com/watch?v=PAvJ4Y1YJHE&t=2891s.

18. During my public comment, I notified the Council about the lawsuit, which named two of the Council members as defendants along with Niles and Lewis. In the middle of my public comment, I made the following statement: "I don't care how many fricking apartments you built. And you're still not listening to me. Crystal's still out here. Nowhere to go. You got ole

Shawn and Tamara over here just you know playing fricking cornholie with each other while Crystal's out here being chased by the cops. Giggle giggle Shawn, you idiot. You're an idiot. You're an indecent human being. You're an idiot and now you're getting sued."

19. My comment about Niles and Lewis "playing fricking cornholie" was intended to call out their inaction towards Crystal. I was implying that they would rather slack off or play a lawn game like cornhole rather than take meaningful steps to help a disadvantaged member of the community.

20. When I made the "playing fricking cornholie" comment, present in the room were at least the following persons: the elected members of the Englewood City Council, multiple uniformed Englewood police officers, four other members of the Englewood municipal government, and approximately 10-15 members of the public. Niles and Lewis were sitting at their desks to the left of City Council in clear view of the rest of the room when I made that comment.

21. In the July 25, 2025, and August 5, 2025, YouTube videos referenced in the Counterclaim, I was discussing the Counterclaim allegation and making fun of Niles and Lewis for making the ludicrous assertion that I was talking about sexual misconduct.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed on October 7, 2025.

*s/ Regan Benson*
Regan Benson