STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

**[BACKGROUND CONVERSATIONS NOT TRANSCRIBED]**

[Transcription begins @ 10:35]

Benson: So yeah, so they have filed a counter lawsuit based on a couple YouTube videos with some words that they didn't like, but they're completely made up. They're like saying that I insinuated or said that somebody was having sexual relations with each other. So what, I mean, I guess some idioms could be taken as like you're taking it up the - (laughing)

Unk Female: You have the right-

Benson: Right? So I dunno, I read this stuff. Oh, and one of the things was they're continuing to watch my channel. I had said, oh, I had said that – yep - they're, they look very stupid in the lawsuit. Yeah, that was one of the things that they used. But all this is with the premise of without consent, she recorded without consent.

Unk Female: Oh.

Benson: Yeah. So Englewood's pretty hard up on trying this. You must get our consent to capture our bad behavior on camera kind of thing.

Unk Female: Like they are going to give that.

Benson: So that was one filing and the other filing. The other filing is their response - is their dismissal response, which I haven't read. I need to go read it. I got that first one with that counter lawsuit and I just burst laughing. That was- we got that a few hours ago. Yeah, it was due today. Filing was due today. So yeah.

Unk Female: That's funny [unintelligible].

Benson: They are stupid, Mark, we all know that. I woke up in idiocracy. Yeah, Batman Wayne, you nailed that one. And that I called Tamara Niles a bitch. Lemme see if I can pull it up. Let's read it while we're waiting here.

Benson: My attorneys – we're starting to respond to each other via email. The only one was, "What a joke".

Benson: Yeah, so this is funny. So there's already some conversations about how that's going bye-bye. But look what they're doing. They're not even going to city council in Englewood and asking for approval. I haven't seen any executive sessions with - titled litigation advice to get approval to pay these attorneys probably, I don't know, probably a thousand dollars an hour to write this stuff. Right? These attorneys love it. They're going to do everything under the sun.

EXHIBIT
B

STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

Benson: Where is that?

Benson: I mean, it was a super weak attempt. Just to spend more money and that's what they're going to do. And I think that's hilarious. Where did that go? Hang tight.

Benson: Oh, here we go. Defendants counterclaims. The individual defendants, Tamara Niles, Othoniel Sierra, Joe Anderson, Sergio Renteria, Bethany Lafferty, Corrine Barnett, and Jean Mulder, Aaron Glee and Shawn Lewis hereby submit their counterclaims against plaintiff as follows. Plaintiff, a self-proclaimed First Amendment auditor -- that's a lie, uses deliberately antagonistic tactics including harassment, in-person bullying, cyber bullying, intimidation, and public humiliation to provoke reactions for sensationalized YouTube comment, content for financial gain. Plaintiff has subjected city officials to years of harassment and has now escalated that conduct by filing this lawsuit. Faced with no other alternative defendants are left with little choice. She forgot to include- after all the failed prosecutions and attempted jailings and bogus warrants and bans from city council meetings and bans from the public library -- they have no choice left but to bring Counterclaims to protect their rights and put an end to the ongoing harassment. Plaintiff Regan Benson is a citizen, blah, blah, blah, blah, blah, blah, blah, blah, blah, blah, jurisdiction, venue, blah, blah, blah, blah, blah. Statement of facts. They started off right off the bat, plaintiff earns income from her YouTube content. Yeah. Fact. This month it's going to be $12.60. In addition to earning compensation for views, plaintiff monetizes her YouTube videos with advertisements. They're so stupid, they don't even know how YouTube works. (laughing) The only way you can monetize is to allow you to advertise on your channel. Would you like me to de-monetize my channel so I can calm your hurt feelings? (laughing) So I not only monetize it, I add advertising. They're stupid. See, they're just making stuff up.

On October 9th, 2024, plaintiff posted a YouTube video of defendants Corrine Barnett and Jean Mulder without their consent. This video has received 5,361 views to date for which plaintiff received financial compensation. Which was probably about 50 cents. Plaintiff authored and publicized a caption to the October 9th YouTube video naming defendants Corrine Barnett, Bethany Lafferty, Aaron Glee, and Jean Mulder without their consent. And I'm doing it again. Oh, this is kind of scary. Am I going to get in trouble? Am I going to get in trouble for saying public employees' names on YouTube? So I publicized a caption with their names in it without their consent, which I didn't even do that, so I don't even know what the fuck they're talking about. The caption states the following. You mean the description? The cop is known as Englewood's "Go-to gal" a nickname just for her. According to her Sergeant Adam Wright, these gals are pretty in touch with each other's feelings. Obviously something the men of the Englewood PD enjoy. The star of the show, library supervisor Corrine Barnett, the bimbo behind the computer collecting an annual salary of $89,000 while her boss, Bethany, Library and Cultural Arts manager collecting $119,000 a year, fills the cop in on alleged criminal activity. She and her gal pal never even witnessed. Good old Bethany tells a great many lies. Therefore, Corrine joins in on the fun. Go-to gal pal cop Jean Mulder makes $112,000 a year. No biggie. Fantastic use of police resources. Long story short, this cop

STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

does a dishonest investigation, was determined to get a warrant for me any way possible. And Aaron Glee-another super highly intelligent Englewood cop with the title of Detective collecting $112,000 a year-both lied their way through an entire case to really stick it to me for harassment and filming a security guard. That's what they have in quotes.

Benson: So what they say about that? Plaintiff falsely accuses defendants Barnett and Mulder of engaging in sexual conduct with Englewood police officers and committing the crimes. Did I say that in there? So that's one example. Let's see the next one. This is why they're counter suing. (laughing) This is why they needed extra time to file this. (laughing) I - what does this even mean? (laughing) Okay. Then on October 11th, the plaintiff posted a YouTube video which has received 2,311 views to date plaintiff received.

[reading YouTube comments] Janet, thank you. Oh, Jared, what's up Jared? My bud. Hey, thank you for that 20 bucks. Right on. Really appreciate that. That helps us out today a lot. Thank you very much.

On October 11th, I did it again. I did it naming all these defendants and the caption states as following the description. Very likely a one moron city attorney by the name of Sergio Renteria, who then lied to him and told him his name was Jonathan. Sergio Renteria, by and through the guidance of the city attorney Tamara Niles, are working overtime to shut down public comment at city council and have now banned me from attending city council meetings. Here's some more of Sergio here. And then I put a link in there. Sergio makes $128,000 a year, which by the way, he no longer works for Englewood. He now works for George Brauchler out in Douglas County. He hired him as a DA. Tamara, however, follows her orders quite well and is currently making just under $300,000 a year. Attorneys like this are exactly the scorched earth leeches referred to when describing attorneys who can never succeed in the private sector. After all, the chief troublemaker, librarian Bethany, makes way more money than their SWAT officers. So what's the problem with this? It's just because I made the video without their consent. I don't know.

And then on May 19th, 2025, I posted a video of defendants Nile, Anderson, Sierra, and Lewis without their consent. The video received 2,600 views to date for which plaintiff received financial compensation. And then on May 19th-in the May 19th video, plaintiff joyfully states that defendant looks-defendants look really stupid in the lawsuit. Okay? In the May 19th video, plaintiff calls defendant Glee a dumbass and a dumb fucker. Then, I call defendant Niles a bitch multiple times. Then I state every police officer is fucking worthless. Then I state defendant Anderson would never get reelected. And this goes on and on and on. There's like 20 more statements I made in this video. (laughing)

Plaintiff's animosity toward defendants is apparent and expressly stated. Plaintiff's intended purpose in filing her lawsuit to make defendants cry and to watch them waste their lives. Let's see. I wasn't quite the one who stated that bimbo attorneys that wrote this - that was Anderson. And it's already stated in our lawsuit. It's quoted in our lawsuit.

STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

And now you're trying to say I said it. Joe Anderson said it, not me. (laughing) Wow. This is something else.

Plaintiff selectively named defendants based on personal animus rather than legitimate legal or factual basis. Well isn't that what the courts are supposed to be doing? (laughing) Take it to the courts.

For example, in her May 10th YouTube video, plaintiff told Officer Christopher Cagiano, she would have him sued as well, but her lawyer thinks he is cute. Well, I did say that my lawyer thinks he's cute because she did say that - it was an off-the-cuff comment. I never said any such thing that I would have him sued. I said he avoided the lawsuit. (laughing) Shhh. My attorney does think he's kind of cute though, but she knows what it all means. He should be flattered. They should be paying us for saying things like that. Oh, well maybe they're going to. I hope they're really using taxpayer dollars to watch my hours and hours long videos to capture all that they can.

What number you got girlfriend?

Unk Female: I'm next.

Benson: What do you got?

Unk Female: 63.

Benson: You're next. Right on. Okay.

Unk Female: They got one ahead of us.

Benson: Yeah. Geez, they got one person working in the window on a Friday. I might be stuck in some nice traffic. Well, we both are.

[talking to YouTube commenters] Pocomo, did you just call Tamara twat? You can't do that. I'm going to get sued for you. Pocomo you're going to get me sued. (laughing)

Okay. So yeah, their first claim of relief on this is abuse of process. (laughing) All defendants against plaintiff. Plaintiff's stated purpose in filing this lawsuit is to harass defendants cause them harm and cause them emotional distress. No, it's to hold them accountable for violating my civil rights. Plaintiff's statements plausibly infer a bad faith intent. Yeah. To hold you responsible for violating my civil rights. I guess in this day and age, that is bad faith intent.

Plaintiff utilizes this proceeding in an improper manner. Uh no. We filed all the proper court documents. They were received.

STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

        Plaintiff caused defendants to suffer damages in an amount to be determined by the trier of fact including but not limited to expenditure of substantial money. Wait a minute, did we forget that its taxpayer money? And time defending this lawsuit. As well as injury to reputation because they destroyed their professional reputations doing what they did.

        [talking to unknown female] I think you're up, right? Still not yet.

        Injury to reputation, embarrassment, fear, anxiety, humiliation and mental anguish. Like the time you wrote bogus warrants for me and you wanted to lock me in a cage. That kind of mental anguish? All that mental anguish of having to spend hours and hours and hours out of my life going to court and fighting all your bogus cases that you drummed up on me, which ultimately all got dismissed. That kind of mental anguish, embarrassment, fear, anxiety, those are fantastic words.

        Second claim for relief - Invasion of privacy by appropriation of name and likeness. All defendants against plaintiff. Defendants incorporate by reference all allegations contained in all paragraphs of their counterclaims. Plaintiff used defendants' names and likeness in her YouTube videos. Yeah, they're public employees. Plaintiff used defendants' names and likeness for commercial gain. Not factual. I mean if you want to include like the 12 bucks, maybe the $14 plus Jared's $20 I'm going to get this month for again saying their names. Mmmm sue me. Plaintiff's YouTube videos are created for the purpose of financial gain rather than for the purpose of communicating news. Interesting. That's why most of you follow my nonprofit work based on my YouTube channel. Most of you donate to the work that's done through this YouTube channel. Yeah, sure thing, that's going to go over real well.

        For the purpose of communicating rather than the purpose of communicating news, plaintiff experienced financial loss when her videos of defendants were removed from YouTube. Yeah, guess what? We're also suing because of that. So your point? You just solidified that they did that. Plaintiff caused defendants to suffer damages in an amount to be determined by trier of fact, blah, blah, blah, blah, blah. They were removed from YouTube because YouTube, as you're learning through that attorney that is really digging hard into fair use and all of that is really making some progress on how Google is responding to these claims. So if you're going to continue to file privacy complaints, you're going to get sued, especially when you're a government employee.

Benson:        It took that long for them to tell her that the car's stolen. Can we move on to the next person please while they figure out what's going on in their own situation?

Benson:        Okay, so that, let's see. Yes, that was second claim for -did I read the third claim for relief? Third claim for relief is defamation and false light. Barnett, Mulder, Niles and Lewis. Plaintiff publicized defamatory statements and video of defendants Barnett, Mulder, Niles and Lewis on her YouTube channel. These statements included that defendants Niles and Lewis engaged in sexual conduct with each other. (shakes head) So

STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Partial Transcript of July 25, 2025 YouTube Video*

what? That defendants, Barnett and Mulder engaged in sexual conduct with Englewood police officers. I didn't. And so what? They're lying. This didn't happen and they don't even cite the proof where this is in here. They're just saying it. And hoping that the judge goes, oh yeah, okay.

[Transcription stopped at 35:15]