STIMSON LABRANCHE HUBBARD, LLC
JAMIE HUBBARD
ATTORNEY FOR REGAN BENSON
*Excerpt from August 4, 2025 YouTube Video*

[Transcription begins @ 24:25]

Benson:   Hey, for those of you that don't know the latest on the lawsuit with Englewood. They filed - their attorneys filed a counter lawsuit. They want to sue me even though we have all kinds of protections for that. It's impossible. I mean actually codified in law and case law.

But anyway, they're using taxpayer dollars to file a countersuit in federal court to sue me because apparently they think I said that they are participating in sexual encounters with each other. (laughing)

I just - I got to put that on the record tonight. You know if the shoe fits, wear it.

So we're going to make public comment.

[Transcription ends @ 25:33]

EXHIBIT
C

THE HOOD OF WOODENGLE                                                                                           Page 1 of 1