IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1-25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

**DEFENDANTS-RESPONDENTS' APPENDIX TO RESPONSE TO PLAINTIFF'S SPECIAL MOTION TO DISMISS AMENDED COUNTERCLAIM, ECF NO. 69**

---

The individual Defendants-counterclaimants, **TAMARA NILES** and **SHAWN LEWIS** ("Defendants"), by and through their attorneys **SGR, LLC**, hereby submit their Appendix to their Response to Plaintiff's Special Motion to Dismiss Amended Counterclaim, ECF No. 69, pursuant to Civ. Practice Standard 7.1A(a)(d), as follows:

### I.    CIV. PRACTICE STANDARD 7.1A(a)(d)

Civ. Practice Standard 7.1A(a)(d) states, "Where a motion is supported by exhibits, said motion shall be accompanied by one consecutively numbered appendix,

containing all exhibits and shall be referenced in the motion, response, and reply by appendix page number and name… e.g., (Respondent's Appx., p. 10 - Jones Affidavit)."

## II.     DEFENDANTS-RESPONDENTS' APPENDIX

Respondent's Appx., p. 2 - **Exhibit A** - YouTube comment re: Plaintiff using charity for personal expenses ................................................................................................................ 3

Respondent's Appx., p. 2 - **Exhibit B** - article discussing Plaintiff................................... 4

Respondent's Appx., p. 2 - **Exhibit C** - Plaintiff's May 29, 2025 YouTube video re: cornholing statement ........................................................................................................ 4, 6

Respondent's Appx., p. 2 - **Exhibit D** - Plaintiff's July 25, 2025 YouTube video re: idiom for sexual relations statement ................................................................................................ 4, 7

Respondent's Appx., p. 2 - **Exhibit E** - Plaintiff's August 4, 2025 YouTube video re: shoe fits................................................................................................................................... 5, 7

Respondent's Appx., p. 2 - **Exhibit F** - Affidavit of Tamara Niles......................... 5, 6, 7, 8

Respondent's Appx., p. 2 - **Exhibit G** - Affidavit of Shawn Lewis........................ 5, 6, 7, 8

Respondent's Appx., p. 2 - **Exhibit H** - Plaintiff's May 19, 2025 YouTube video re: making Niles cry ..................................................................................................................... 5

Respondent's Appx., p. 2 - **Exhibit I** - screenshots of YouTube view counts .................. 7

        Respectfully submitted,

s/ *Eric M. Ziporin*
**Eric M. Ziporin**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: eziporin@sgrllc.com

s/ *Tiffany E. Toomey*
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants-counterclaimants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of October, 2025, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS-RESPONDENTS' APPENDIX TO RESPONSE TO PLAINTIFF'S SPECIAL MOTION TO DISMISS AMENDED COUNTERCLAIM, ECF NO. 69** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Counsel for Plaintiff Regan Benson*

        /s/ *Mariel Juniper*
        Legal Secretary