**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1-25-CV-1571-RMR-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

**NOTICE OF CONVENTIONALLY FILED EXHIBITS C, D, E, AND H TO DEFENDANTS' RESPONSE TO PLAINTIFF'S SPECIAL MOTION TO DISMISS AMENDED COUNTERCLAIM, ECF NO. 69**

On October 28, 2025, individual Defendants-counterclaimants, **TAMARA NILES** and **SHAWN LEWIS** ("Defendants"), by and through their attorneys, **SGR, LLC**, filed their Response to Plaintiff's Special Motion to Dismiss Amended Counterclaim, ECF No. 69. **Exhibits C, D, E,** and **H** to the Motion are video recordings and thus are being conventionally filed on a thumb drive pursuant to D.C.COLO.LCivR 5.1(b)(1).

        Respectfully submitted,

        s/ *Eric M. Ziporin*
        **Eric M. Ziporin**
        SGR, LLC
        3900 East Mexico Avenue, Suite 700
        Denver, Colorado 80210
        Telephone: (303) 320-0509
        Facsimile: (303) 320-0210
        Email: eziporin@sgrllc.com

        s/ *Tiffany E. Toomey*
        **Tiffany E. Toomey**
        SGR, LLC
        3900 East Mexico Avenue, Suite 700
        Denver, Colorado 80210
        Telephone: (303) 320-0509
        Facsimile: (303) 320-0210
        Email: ttoomey@sgrllc.com
        *Counsel for Defendants-counterclaimants*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 28th day of October, 2025, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF CONVENTIONALLY FILED EXHIBITS C, D, E, AND H TO DEFENDANTS' RESPONSE TO PLAINTIFF'S SPECIAL MOTION TO DISMISS AMENDED COUNTERCLAIM, ECF NO. 69** with the Clerk of Court using the CM/ECF system which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Counsel for Plaintiff Regan Benson*

        /s/ *Mariel Juniper*
        Legal Secretary

2