IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1-25-CV-1571-KAS-RMR-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

---

### AFFIDAVIT OF TAMARA NILES

---

Affiant, **TAMARA NILES**, under penalty of perjury, states as follows:

1. I have been employed as Englewood City Attorney since June of 2021 and am still currently employed in this position.

2. I was married on May 19, 2025, and am currently still married.

3. On May 19, 2025, Regan Benson provided public comment during a City Council meeting at which I was present.

4. I was attentive during Ms. Benson's public comment and heard her statements.

5. During her public comment, Ms. Benson falsely accused me of having an extramarital affair with City Manager, Shawn Lewis, by stating we were playing cornholing with each other.

6. Ms. Benson reaffirmed her cornholing statement referred to sexual misconduct in two subsequent YouTube videos on July 25, 2025 and August 4, 2025.

7. These false accusations have caused me injury to my reputation, embarrassment, fear, anxiety, humiliation, and mental anguish.

NOTHING FURTHER.

## SWORN AFFIDAVIT UNDER PENALTY OF PERJURY

I, Tamara Niles, declare under penalty of perjury that the foregoing is true and correct.

Sign:

*Tamara Niles*

Date:

Oct 27, 2025

# Exhibit C - REVISED Affidavit of Tamara Niles (02399766).DOCX

Final Audit Report                                                       2025-10-27

| | |
|---|---|
| Created: | 2025-10-27 |
| By: | Tiffany Toomey (ttoomey@sgrllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5cPd3KTRsCfWqwQq6TWTv0V0xQ6Oq9mr |

## "Exhibit C - REVISED Affidavit of Tamara Niles (02399766).DOCX" History

- Document created by Tiffany Toomey (ttoomey@sgrllc.com)
  2025-10-27 - 4:18:40 PM GMT

- Document emailed to Tamara Niles (tniles@englewoodco.gov) for signature
  2025-10-27 - 4:18:44 PM GMT

- Email viewed by Tamara Niles (tniles@englewoodco.gov)
  2025-10-27 - 5:25:51 PM GMT

- Document e-signed by Tamara Niles (tniles@englewoodco.gov)
  Signature Date: 2025-10-27 - 5:26:47 PM GMT - Time Source: server

- Agreement completed.
  2025-10-27 - 5:26:47 PM GMT

Adobe Acrobat Sign