IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1-25-CV-1571-KAS-RMR-KAS

REGAN BENSON,

    Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
TAMARA NILES, in her individual and official capacity,
OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

    Defendants.

## AFFIDAVIT OF SHAWN LEWIS

Affiant, **SHAWN LEWIS**, under penalty of perjury, states as follows:

1. I have been employed as Englewood City Manager since August of 2019 and am still currently employed in this position.

2. On May 19, 2025, Regan Benson provided public comment during a City Council meeting at which I was present.

3. I was attentive during Ms. Benson's public comment and heard her statements.

2

4. During her public comment, Ms. Benson falsely accused me of engaging in an extramarital affair with City Attorney, Tamara Niles, by stating we were playing cornholing with each other.

5. Ms. Niles is married.

6. Ms. Benson reaffirmed that her cornholing statement referred to sexual misconduct in two subsequent YouTube videos on July 25, 2025 and August 4, 2025.

7. These false accusations have caused me injury to my reputation, embarrassment, fear, anxiety, humiliation, and mental anguish.

3

NOTHING FURTHER.

SWORN AFFIDAVIT UNDER PENALTY OF PERJURY

I, Shawn Lewis, declare under penalty of perjury that the foregoing is true and correct.

Sign:
_____
J Shawn Lewis (Oct 28, 2025 14:44:33 EDT)

Date:
Oct 28, 2025
_____

3

# Exhibit D - Affidavit of Shawn Lewis (02399767).DOCX

Final Audit Report     2025-10-28

| | |
|---|---|
| Created: | 2025-10-27 |
| By: | Tiffany Toomey (ttoomey@sgrllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7ws7ZpjXxFmfGpOoSFC2Sil_tfcOUwwA |

## "Exhibit D - Affidavit of Shawn Lewis (02399767).DOCX" History

- Document created by Tiffany Toomey (ttoomey@sgrllc.com)
  2025-10-27 - 4:58:10 AM GMT

- Document emailed to Shawn Lewis (slewis@englewoodco.gov) for signature
  2025-10-27 - 4:58:13 AM GMT

- Email viewed by Shawn Lewis (slewis@englewoodco.gov)
  2025-10-28 - 11:53:54 AM GMT

- Signer Shawn Lewis (slewis@englewoodco.gov) entered name at signing as J Shawn Lewis
  2025-10-28 - 6:44:31 PM GMT

- Document e-signed by J Shawn Lewis (slewis@englewoodco.gov)
  Signature Date: 2025-10-28 - 6:44:33 PM GMT - Time Source: server

- Agreement completed.
  2025-10-28 - 6:44:33 PM GMT

Adobe Acrobat Sign