

# THE HOOD OF WOODENGLE

**Regan Benson** — 23.8K subscribers

1,194 views  Streamed live on Aug 4, 2025  1000 ENGLEWOOD PKWY
Ways to donate directly to Helping Hands for Dignity Coalition:
https://linktr.ee/regan.benson

## Transcript

Follow along using the transcript.

Show transcript



