# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-CV-1571-RMR-KAS

REGAN BENSON,

      Plaintiff/Counterclaim Defendant,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation

and

OTHONIEL SIERRA, in his individual and official capacity,
JOE ANDERSON, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity,
AARON GLEE, in his individual and official capacity,
CARRIE WATSON, in her individual and official capacity, and

      Defendants

and

TAMARA NILES, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity.

      Defendants/ Counterclaim Plaintiffs.

---

## DECLARATION OF NANCY HICKAM

---

I, Nancy Hickam, state as follows:

1.      I am a paralegal employed by Stimson LaBranche Hubbard, LLC.

2.      Google chrome is my default internet browser on my computer.

Exhibit 1
Page 1 of 6

3.     Prior to November 12, I cannot recall looking for information related to cornhole the lawn game or for any information connecting the term cornhole (or any variant thereof) to a sexual act.

4.     On November 12, I input the following combinations of words into the google search engine:

a.     Playing cornholie

b.     Playing cornholing

c.     Define playing cornholie

d.     Define playing cornholing

5.     I took screenshots of the results returned by the google search engine for each of these combinations, which are attached hereto.

Respectfully submitted this 12th day of November 2025.


*s/ Nancy Hickam*
Nancy Hickam, Paralegal

Exhibit 1
Page 2 of 6

Playing cornholie

AI Mode    **All**    Images    Videos    Shopping    Short videos    News    More ▾    Tools ▾

Did you mean: Playing *cornholio*

✦ AI Overview

Playing "cornhole" involves tossing beanbags at a raised, slanted board with a hole at the end, aiming to score points by landing on the board (1 point) or getting the bag through the hole (3 points). Teams alternate turns, and the first team to reach or exceed 21 points wins the game. The name "cornhole" comes from the bags originally being filled with corn kernels. 🔗

Exhibit 1
Page 3 of 6

## How to play

- **Objective:** Score points by tossing bags onto the opponent's board or through the hole.

Playing cornholing

AI Mode    **All**    Images    Videos    Shopping    News    Short videos    More ▾    Tools ▾

◆ AI Overview

Playing cornholing involves teams throwing bags at a raised platform with a hole at the far end to score points. The first team to score 21 or more points wins, using a cancellation scoring system where points are tallied after all bags are thrown, with the team scoring the most points in a round earning "honors" for the next round. 🔗

## How to play

- **Setup:** Two teams of one or two players each stand at opposite ends of the boards. Each team has four bags of a distinct color.

Exhibit 1
Page 4 of 6

define playing cornholie

AI Mode  **All**  Images  Videos  Shopping  Short videos  Forums  More ▾  Tools ▾

Did you mean: define playing *cornholio*

Ⓦ Word Unscrambler - Unscramble Words & Letters Instantly
https://www.wordunscrambler.net › word=cornholie                    ⋮

Exhibit 1
Page 5 of 6

## Unscrambled 294 words from letters in CORNHOLIE

You can unscramble **CORNHOLIE** (CEHILNOOR) into 294 words. Click to learn more about the unscrambled words in these 9 scrambled letters CORNHOLIE.

define playing cornholing

AI Mode   **All**   Images   Shopping   Videos   Short videos   Forums   More ▾   Tools ▾

✦ AI Overview

"Playing cornholing" is the informal term for the game of cornhole, a lawn game where players toss beanbags at a slanted platform with a hole in the far end. The objective is to score points by landing bags on the platform or, more points, by getting them through the hole. 🔗

## How to play cornhole

- **Objective:** Be the first to reach 21 points.

- **Game play:** Players take turns tossing bags from a designated spot.

Exhibit 1
Page 6 of 6