| | |
|---|---|
| **From:** | Tiffany Toomey |
| **To:** | Jamie Hubbard; Courtney Kramer |
| **Cc:** | Carey Bell |
| **Subject:** | RE: Conferral re Renewed Special Motion to Dismiss and Fee Dispute |
| **Date:** | Friday, October 3, 2025 9:35:19 AM |
| **Attachments:** | image002.png |

Hello Jamie,

Happy Friday, I hope your laptop is getting all sorted out. And yes – you are correct. The defamatory statement is the "cornholing" statement and the additional statements are provided only in support of the claim.

Thanks,

**Tiffany Toomey**
Attorney

**SGR, LLC**
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
303-320-0509 phone
303-320-0210 fax
ttoomey@sgrllc.com



The information contained in this electronic message is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  Thank you.

**From:** Jamie Hubbard <hubbard@slhlegal.com>
**Sent:** Thursday, October 2, 2025 2:59 PM
**To:** Tiffany Toomey <ttoomey@sgrllc.com>; Courtney Kramer <CKramer@sgrllc.com>
**Cc:** Carey Bell <bell@slhlegal.com>
**Subject:** RE: Conferral re Renewed Special Motion to Dismiss and Fee Dispute

Thanks for the update. I appreciate you having the conversation with them. We will proceed with the motion for fees and note your objection.

One question for you regarding the Amended Counterclaim, am I correct that the allegedly defamatory statement is the "cornhole" statement in paragraph 14 and that the other name-calling and negative statements listed in paragraphs 2-13 and 20-25 are included for context? I'm assuming as much based on our prior conversations, but realized I should probably double check just in case.

Exhibit 2
Page 1 of 2

Thanks!

Jamie

Exhibit 2
Page 2 of 2