IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1-25-CV-1571-RMR-KAS

REGAN BENSON,

     Plaintiff,

v.

ENGLEWOOD, COLORADO, a Colorado municipal corporation, et al.

     Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING
_____

Defendants, through counsel, **SGR, LLC**, and in compliance with Fed. R. Civ. P. 6 and D.COLO.LCivR 6.1(b), hereby move this Court to extend the deadline for their responsive pleadings for the amount of seven (7) days as follows:

### CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(a)

1. Undersigned counsel conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

### DISCUSSION

2. Defendants' motion to dismiss was granted in part and denied in part on March 5, 2026. [*See* ECF No. 84].

3. Defendants' Answer to the remaining claims is due on March 19, 2026.

4. Undersigned counsel, Ms. Kramer, returned from maternity leave only yesterday and requires additional time to review the responsive pleading.

5.      Defendants have previously received two extensions for their responsive pleading deadline related to the briefing of their motion to dismiss. [*See* ECF Nos. 20 and 23].

6.      These requests will not affect any of the parties, as this request is unopposed.

7.      Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their clients.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Court grant their foregoing Unopposed Motion to Extend Deadline for Responsive Pleading in the amount of seven (7) days, up to and including March 26, 2026.

Respectfully submitted,

s/ *Courtney B. Kramer*
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: ckramer@sgrllc.com

s/ *Tiffany E. Toomey*
**Tiffany E. Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email: ttoomey@sgrllc.com
*Counsel for Defendants*

2

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 19th day of March, 2026, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system, which will send notification to the following email addresses:

Jamie H. Hubbard
Carey L. Bell, IV
STIMSON LABRANCHE HUBBARD, LLC
Email: bell@slhlegal.com
Email: hubbard@slhlegal.com
*Attorneys for Plaintiff Regan Benson*

/s/ *Mariel Juniper*
Legal Secretary

3