IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01571-RMR-KAS

REGAN BENSON,

     Plaintiff/Counter Defendant,

v.

TAMARA NILES, in her individual and official capacity, and
SHAWN LEWIS, in his individual and official capacity,

     Defendants/Counter Claimants,

and

ENGLEWOOD, COLORADO, a Colorado municipal corporation,
OTHONIEL SIERRA, in his individual and official capacity,
SERGIO RENTERIA, in his individual and official capacity,
BETHANY LAFFERTY, in her individual and official capacity,
CORINNE BARNETT, in her individual and official capacity,
JEAN MULDER, in her individual and official capacity, and
AARON GLEE, in his individual and official capacity.

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on the Plaintiff's Proposed Scheduling Order [#90]. The Court held a Scheduling Conference on August 19, 2025, and entered a Scheduling Order [#39]. The Defendants moved to stay discovery just under two months later, and the Court granted the motion in January 2026. *Motion to Stay* [#67]; *Order* [#82]. On April 29, 2026, the Court lifted the discovery stay and ordered the parties to file a joint motion to amend the Scheduling Order [#39], with proposed amendments to deadlines set in this case, no later than May 13, 2026. *Minute Order* [#89]. Plaintiff instead filed the instant Proposed Scheduling Order [#90]. The Court does not typically enter amended Scheduling Orders and finds no reason to do so here. Accordingly,

     IT IS HEREBY **ORDERED** that the deadline for joinder of parties and amendment of pleadings is extended to **June 16, 2026**. The affirmative expert designation deadline is extended to **January 14, 2027**. The rebuttal expert designation deadline is extended

to **March 4, 2027**. The deadline to serve written discovery is extended to **April 20, 2027**. The discovery cut-off is extended to **June 4, 2027**.

Dated: May 26, 2026